**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| FAKRI ABDEL-MALAK,  *on behalf of himself, Plaintiff*, | § § § § § § § | |
| v. | | Case No. 4:20-cv-00435-SDJ-KPJ Jury |
| PHIL SMITH, PLLC, d/b/a, SMITH & SMITH LAW FIRM, domestic limited liability company (LLC), and PHIL SMITH,  *Defendants*. | § § § § § § | |

**DEFENDANTS' NOTICE OF SETTLEMENT**

Defendants Phil Smith, PLLC and Phil Smith would show the following:

1. On Friday, September 4, 2020, at 12:36 p.m., Mr. Fakri Abdel-Malak, Plaintiff *pro se,* transmitted an email to the undersigned counsel accepting Defendants' offer of settlement.

2. The Parties are currently working on dismissal papers.

3. Defendants ask that all deadlines set forth on page one of the *Order Governing Proceedings* (Dkt. #16) be abated, and that the Parties be given thirty days to complete and file the appropriate dismissal papers.

Dated: September 9, 2020

                                                Respectfully submitted,

                                                      */s/*
By: _____
                                    **Wade A. Forsman**
                                    State Bar No. 07264257
                                    P.O. Box 918
                                    Sulphur Springs, TX 75483-0918
                                    903.689.4144 Telephone-East Texas
                                    972.499.4004 Telephone–Dallas/Fort Worth

903.689.7001 Facsimile  
wade@forsmanlaw.com

**Attorney for Defendants Phil Smith, PLLC and Phil Smith**

### Certificate of Service

I certify that on Wednesday, **September 9, 2020**, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/
_____
**Wade A. Forsman**