# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| FAKRI ABDEL-MALAK,<br>*on behalf of himself, Plaintiff,*<br><br>v.<br><br>PHIL SMITH, PLLC,<br>d/b/a, SMITH & SMITH LAW FIRM,<br>domestic limited liability company<br>(LLC), and PHIL SMITH,<br>*Defendants.* | §§§§§§§§§§§§§<br><br>Case No. 4:20-cv-00435-SDJ-KPJ<br>Jury |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fakri Abdel-Malak and Defendants Phil Smith, PLLC and Phil Smith hereby stipulate to the dismissal of this action with prejudice. Each party shall bear his or its own costs and attorneys' fees.

Dated: September 17, 2020

Respectfully submitted,

/s/
By: _____
**Wade A. Forsman**
State Bar No. 07264257
P.O. Box 918
Sulphur Springs, TX 75483-0918
903.689.4144 Telephone-East Texas
972.499.4004 Telephone–Dallas/Fort Worth
903.689.7001 Facsimile
wade@forsmanlaw.com

**Attorney for Defendants Phil Smith, PLLC and Phil Smith**

Respectfully submitted,

By: _____
**Fakri Abdel-Malak**

344 Azalea Lane
Sulphur Springs, TX  75482
Cell: 903-440-1241
Email: **abdelmalak.fakri@yahoo.com**

**Plaintiff** *pro se* **Litigant**

Signed on this the 17th day of September 2020

## Certificate of Service

I certify that on Thursday, **September 17, 2020**, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/
_____
**Wade A. Forsman**